| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | ATTORNEY: BERGSTEIN |
| STEVEN BAGGATTA | FF/INDEX #: 07 CIV. 3544 (WP |
| | DATE FILED: 5/3/07 |
| | DOCKET #: |
| Plaintiff(s)/Petitioners(s) | |
| - AGAINST - | |
| BOYCE EXCAVATING CO., INC. | |
| Defendants(s)/Respondent(s) | COURT D/T: |
| | AMOUNT: |

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 5/18/07 at 9:30 AM at 88 MONHAGEN AVENUE
MIDDLETOWN, NEW YORK 10940

deponent served the within SUMMONS, COMPLAINT, PRELIMINARY ORDER, CIVIL CASE MANAGEMENT PLAN, STANDING ORDER, NOTICE OF AVAILABILITY OF A U.S. JUDGE,*

on BOYCE EXCAVATING CO., INC. therein named

**CORPORATION**  [✓] By delivering to and leaving with VERONIKA ORBY and that he knew the person so served to be the GENERAL AGENT of the corporation, and authorized to accept service.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:
FEMALE, WHITE SKIN, BLONDE HAIR, 20-30 YRS., 5'9"-5'11", 155-165 LBS.
Other identifying features:

**ALSO MAILED A COPY ON MAY 18, 2007

*INDIVIDUAL PRACTICES OF JUDGES & PROCEDURES FOR ELECTRONIC FILING

Sworn to before me on: MAY 18, 2007

_Joann Johnson_ (signature)    _Joseph Sherlock_ (signature)

JOSEPH SHERLOCK

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |