**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  
**Hon. Lisa Margaret Smith**  
Chief United States Magistrate Judge

May 30, 2007

**SCHEDULING ORDER**
07CV3544(WP4)(LMS)

MAY 2007

Stephen Bergstein
Bergstein & Ullrich
14 Railroad Ave
Chester, NY 10918

The matter of   **BAGGATTA-V-BOYCE**   has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

July 20, 2007 at 11:30AM in Courtroom 420.

Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.

Please notify all other parties of this schedule

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: /s/ Lisa Margaret Smith

Hon. Lisa Margaret Smith
U.S.M.J.