UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
STEVEN BAGGATA,

                Plaintiff,

- against -

BOYCE EXCAVATING CO., INC.,

                Defendant.
------------------------------------------------x

Index No. 07 CIV. 3544 WP4 (LS)

**ANSWER**

      Defendant BOYCE EXCAVATING CO., INC., by its attorneys, Blustein, Shapiro & Rich, LLP, as and for their Answer to the Complaint, alleges as follows:

      1.    Defendant denies the allegations contained in paragraphs 9, 14, 15, 16, 17, 19 and 20 of the Complaint.

      2.    Defendant admits the allegations contained in paragraph 3 of the Complaint.

      3.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 2, 8, 11, 12 and 13 of the Complaint.

      4.    As to the allegations contained in paragraphs 1, 4, 5, 6 and 7 of the Complaint, defendant alleges that the Complaint is the best evidence of the nature of plaintiff's action, and defendant respectfully defers to the determination of the Court the meaning and effect of said documents; to the

extent that there are any factual allegations contained within paragraph 1 of the Complaint, defendant denies the truth of the same.

5. As to the allegations contained in paragraph 10 of the Complaint, defendant alleges that the plaintiff's employment application is the best evidence of the contents thereof, and defendant respectfully defers to the determination of the Court the meaning and effect of said document; to the extent that there are any factual allegations contained within paragraph 10 of the Complaint, defendant denies the truth of the same.

6. Defendant denies each and every allegation of fact set forth in the Complaint that was not hereinbefore specifically admitted or denied.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

7. The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

8. Plaintiff's own culpable conduct caused, in whole or in part, whatever damages plaintiff claims to have suffered.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

9. Plaintiff's claims are barred, in whole or in part, because he received full payment for all work he performed.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

10. Plaintiff is not entitled to liquidated damages in that he can neither demonstrate malice, actual participation or reckless indifference by defendant.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

11. Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel and/or laches.

WHEREFORE defendant BOYCE prays that the Court enter a judgment dismissing the Complaint, and granting defendant its costs, including attorneys fees, incurred in this action, together with such other and further relief as the Court may deem just and proper.

Dated: Middletown, New York
      June 7, 2007

Yours, etc.,
BLUSTEIN, SHAPIRO & RICH, LLP

By: Gardiner S. Barone (GB 7938)
Attorneys for Defendant
90 Crystal Run Road, Suite 409
Middletown, New York 10941
(845) 692-0011

To: Bergstein & Ullrich, LLP
    Attorneys for Plaintiff
    15 Railroad Avenue
    Chester, New York 10918

*F:\Data\2007\07-0620\PLD\Answer.doc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
STEVEN BAGGATA,

                          Plaintiff,

  - against -

BOYCE EXCAVATING CO., INC.,

                          Defendant.
-------------------------------------------------x

                      Index No. 07 CIV. 3544 WP4 (LS)

---

**ANSWER**

---

                      BLUSTEIN, SHAPIRO & RICH, LLP
                          Attorneys for Plaintiff
                      90 Crystal Run Road, Suite 409
                        Middletown, New York 10941
                            (845) 692-0011

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF ORANGE  )

Francesca Riccio, being duly sworn, deposes and says:

That I am not a party to the within action, am over the age of 18 years and reside at Middletown, New York.

That on the 8th day of June, 2007, deponent served a copy of the ANSWER in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as follows:

Stephen Bergstein, Esq.
Bergstein & Ullrich, LLP
Fifteen Railroad Ave
Chester, New York 10918

_____
Francesca Riccio

Sworn to before me this
8th day of June, 2007

_____
Notary Public

AMANDA L. SINROD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SI6135354
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES OCTOBER 17, 2009