UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN BAGGATA
**Plaintiff**

-v-

BOYCE EXCAVATING CO., INC.
**Defendant**

Case No.  7:07-CV 03544 (LS)

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BOYCE EXCZVATING CO., INC._____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** June 11, 2007

_____
**Signature of Attorney**
GARDINER S. BARONE, ESQ.
**Attorney Bar Code:**
GB 7938

Form Rule7_1.pdf