**BERGSTEIN & ULLRICH, LLP**

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

Of Counsel
Christopher D. Watkins

JAN 15 2008

**MEMO ENDORSED**

VIA FACSIMILE (914) 390-4152
January 15, 2008

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    Baggatta v. Boyce Excavating
                07 Civ. 3544 (KMK)

Dear Judge Karas:

This firm represents plaintiff Steven Baggatta in the above-styled matter. Discovery is scheduled to end on February 1, 2008. The parties are in the process of taking depositions, which were delayed in part by plaintiff's illness earlier this month. The parties have also had scheduling conflicts which prevented us from completing depositions by the end of this month. We expect to take four additional depositions and expect to be able to complete discovery by March 3, 2008. Defendant's counsel consents to this request.

Very truly yours,

Stephen Bergstein

cc:    Carol Pierce, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
1/15/08