01/29/2008 13:23 FAX 8454695904          Bergstein&Ullrich,LLP                                    ☑002

*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEVEN BAGGATTA,

                      Plaintiff,

                                                                      07 Civ. 3544 (KMK) (LMS)
-vs-


BOYCE EXCAVATING CO., INC.,

                      Defendant.
-----------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1), the parties to the above-captioned action hereby

stipulate and agree that this action shall be dismissed with prejudice, all parties to bear their own

costs and attorneys' fees, and waiving interest and all rights to appeal.

STIPULATED AND AGREED:

BERGSTEIN & ULLRICH, LLP                          BLUSTEIN, SHAPIRO & RICH, LLP.

By: _____                     By: _____
    Stephen Bergstein (SB 6810)                        Carol Pierce, Esq. (CP 7152)
    15 Railroad Avenue                                  90 Crystal Run Road
    Chester, New York 10918                             Middletown, NY 10940
    Attorney for Plaintiff                              Attorney for Defendant



SO ORDERED:


_____                          Date: 1/31/08
Kenneth M. Karas, United States District Judge

┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: _____      │
└─────────────────────────────────┘